# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank,<br><br>Plaintiff,<br><br>vs.<br><br>Chicago Title Land Trust Company, as Successor Trustee to North Star Trust Company, as Successor Trustee to Bank of Northern Illinois, N.A. F/K/A First National Bank of Waukegan, as Trustee under Trust Agreement dated June 10, 1985 and known as Trust Number 3067; Barry Slott, individually and as beneficiary of Chicago Title Land Trust Company, as Successor Trustee to North Star Trust Company, as Successor Trustee to Bank of Northern Illinois, N.A. F/K/A First National Bank of Waukegan, as Trustee under Trust Agreement dated June 10, 1985 and known as Trust Number 3067; Slott's, Inc., an Illinois corporation; Northeast Illinois Heating and Air Conditioning Corporation, an Illinois corporation,<br><br>Defendants. | No. 14 cv 07689<br>Assigned Judge: Thomas M. Durkin<br><br>Magistrate Judge: Young B. Kim |

## **MOTION FOR JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Chicago Title Land Trust Company, as Successor
Trustee to North Star Trust Company, as Successor
Trustee to Bank of Northern Illinois, N.A. F/K/A First
National Bank of Waukegan, as Trustee under Trust
Agreement dated June 10, 1985 and known as Trust
Number 3067

Barry Slott, individually and as beneficiary of Chicago
Title Land Trust Company, as Successor Trustee to
North Star Trust Company, as Successor Trustee to
Bank of Northern Illinois, N.A. F/K/A First National
Bank of Waukegan, as Trustee under Trust Agreement
Dated June 10, 1985 and known as Trust Number 3067

Slott's Inc., an Illinois corporation

Northeast Illinois Heating and Air Conditioning
Corporation, an Illinois corporation

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                   PNC Bank, National Association, successor in
                                   interest by merger to National City Bank


                                 By: /s/ William J. Hurley, III
                                        One of Its Attorneys


James M. Crowley (ARDC #6182597)
William J. Hurley, III (ARDC#6182818)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
whurley@crowley lamb.com